**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

14 MAR 24  PM 4:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ADRIAN ESPINOZA-ESTRADA,<br><br>                    Defendant. | CASE NO. 12CR1925-AJB<br>USDC No. 13-50061.<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_X_ the Court has dismissed the Indictment per the ruling of the Court of Appeals For the Ninth Circuit and Orders that the previous Judgment filed on 02/12/13 be Vacated.

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) as charged in the Indictment/Information:

---

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/21/14

_____
Anthony J. Battaglia
U.S. Magistrate Judge